IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD A. MASON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   14-CV-282-KEW |
| | ) |
| MAURITA T. DUNN; SCHNEIDER NATIONAL | ) |
| CARRIERS, INC. AND LIBERTY MUTUAL | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Defendant Maurita T. Dunn now hereby gives notice that this case has been removed to the United States District Court for the Eastern District of Oklahoma, based on the following:

1. On August 16, 2013, Plaintiff filed an action in state court entitled *Richard A. Mason v. Maurita T. Dunn, Schneider National Carriers, Inc., and Liberty Mutual Insurance Company*, in Carter County District Court, State of Oklahoma, Case No. CJ-2013-186.

2. Plaintiff Richard A. Mason is a resident of Carter County, State of Oklahoma.

3. Defendant Maurita T. Dunn is a resident of Shelby County, State of Tennessee.

4. Defendant Schneider National Carriers, Inc. is a Nevada corporation with its principal place of business in Wisconsin.

5. Defendant Liberty Mutual Insurance Company is a Massachusetts corporation with its principal place of business in Massachusetts.

6. There is complete diversity between the parties. No Defendant is a citizen of or has a principal place of business in Oklahoma. The Court therefore has jurisdiction under 28 U.S.C. § 1441(b).

7. Plaintiff's request for damages in the Amended Petition is for an amount more than

$75,000.00 plus costs and interest. This case therefore meets the jurisdictional amount for removal as required by 28 U.S.C. § 1332(a).

8. This action is therefore properly removed pursuant to 28 U.S.C. § 1441.

9. Schneider National Carriers, Inc. was served on September 27, 2013.

10. Liberty Mutual Insurance Company was served on September 30, 2013.

11. Defendant Maurita Dunn was served via publication on June 17, 2014. Therefore, this action has been removed within 30 days of service as required in *Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 529 U.S. 344, 119 S. Ct. 1322, 143 L. Ed. 2d 448 (1999).

12. Defendants Schneider National Carriers, Inc. and Liberty Mutual Insurance Company consent to this removal.

13. Copies of all papers and pleadings filed in the state court case, including the docket sheet, are attached to this notice as Exhibit 1.

14. A copy of this Notice of Removal is being served this date on Plaintiff's counsel of record.

15. A copy of this Notice of Removal is being filed this date with the Clerk of the District Court of Carter County, Oklahoma.

DATED:  July 11, 2014

Respectfully submitted,

**FRANDEN | WOODARD | FARRIS
QUILLIN + GOODNIGHT**

*/s/Michael J. O'Malley*
Joseph R. Farris, OBA #2835
Michael J. O'Malley, OBA #22252
Williams Center Tower II, Suite 900
2 West 2nd Street
Tulsa, Oklahoma  74103
918/583-7129 Phone 918/584-3814 Fax
**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF MAILING**

      I hereby certify that on the 11th day of July, 2014, a true and correct copy of the above and foregoing was mailed, properly addressed and postage fully prepaid to:

    Tye H. Smith, OBA #14595
    Susan K. Carns, OBA #21488
    CARR & CARR
    1350 S.W. 89th Street
    Oklahoma City, OK 73159

                                          */s/Michael J. O'Malley*