## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

RICHARD A. MASON,                    )
                                     )
              Plaintiff,             )
                                     )
v.                                   )      Case No. CIV-14-282-KEW
                                     )
MAURITA T. DUNN;                     )
SCHNEIDER NATIONAL CARRIERS,         )
INC.; and LIBERTY MUTUAL             )
INSURANCE COMPANY,                   )
                                     )
              Defendants.            )

### O R D E R

On March 6, 2015, Plaintiff filed a Motion to Compel, seeking responses to the written discovery served upon Defendants Maurita T. Dunn and Schneider National Carriers, Inc. on December 18, 2014. Defendants responded to the Motion, stating they served responses upon Plaintiff on March 20, 2015. Defendants request that the Motion be found moot. Plaintiff did not file a reply to Defendant's response within the time prescribed by this Court's local rules. As a result, Plaintiff is deemed to have acquiesced in the representation that the Motion is indeed moot.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Compel filed March 6, 2015 (Docket Entry #32) is hereby deemed **MOOT**.

IT IS SO ORDERED this 6th day of April, 2015.

_____
KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE